**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No:** |
| | ) | **Judge:** |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **HUSSEIN OBEID**<br>**6919 HARTWELL STREET**<br>**DEARBORN, MI 48126** | ) | |
| **Defendant.** | ) | |

# COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendants and states as follows:

## I. JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee of a Promissory Note and Commercial Security Agreement that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Upon information and belief, Defendant Hussein Obeid is a resident of Wayne County, Michigan within the territorial jurisdiction of this Court.

## II. FACTS

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On or around January 24, 2018, SBA authorized a loan through Huntington National Bank in the amount of $44,000 to Subway 26842, Inc.[1] A true and accurate copy of the SBA Authorization is attached herein as **Exhibit A.**

6. On January 29, 2018, Subway 26842, Inc. procured the SBA authorized loan from Huntington National Bank in the amount of $44,000. Subway 26842, Inc., through its President, Defendant Hussein Obeid, signed a Promissory Note for the SBA loan. A true and accurate copy of the Promissory Note is attached herein as **Exhibit B.**

7. In conjunction with the execution of the Promissory Note, Subway 26842, Inc., through its President, Defendant Hussein Obeid, signed a Commercial Security Agreement to secure the payments due on the SBA loan. A true and accurate copy of the Commercial Security Agreement is attached herein as **Exhibit C.**

8. Defendant Hussein Obeid, in his individual capacity, executed a Commercial Guaranty in which he personally guaranteed the SBA Loan. The Commercial Guaranty provides in

---

[1] According to the records of the State of Michigan Licensing and Regulatory Affairs, Subway 26842, Inc. dissolved on July 15, 2023. Therefore, the entity is not a party to this action.

relevant part that 'The Guarantor absolutely and unconditionally guarantees full and punctual payment and satisfaction of the indebtedness of Borrower to Lender, and the performance and discharge of all Borrower's obligations under the Note and the Related Documents." A true and accurate copy of the Commercial Guaranty is attached herein as **Exhibit D.**

9. Subway 26842, Inc. defaulted on the SBA Loan on October 5, 2020. Following the default, servicing of the Loan was assigned to the SBA. SBA is currently entitled to enforce the Note and in turn entitled to collect the due and owing debt. A true and accurate copy of the Assignment is attached herein as **Exhibit E.**

10. After applying all payments and proceeds received, the current balance due and owing on the SBA Loan totals $70,955.19. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit F.**

## III. COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001, *et seq.*

11. Paragraphs 1-10 of the Complaint are hereby realleged as if fully rewritten herein.

12. Subway 26842, Inc. was the recipient of an SBA loan that was guaranteed by Defendant Hussein Obeid.

13. Subway 26842, Inc., through its President, Defendant Hussein Obeid, executed the Promissory Note and Commercial Security Agreement in which it agreed to repay the sum of the advancements made under the SBA Loan.

14. Subway 26842, Inc. failed to make the payments due and owing under the SBA Loan which resulted in the acceleration of the full balance due and owing on the loan. *See Promissory Note; see also Commercial Security Agreement.*

15. SBA is entitled to enforce the Promissory Note and Commercial Security Agreement evidencing the due and owing debt under the SBA Loan based on the Assignment of SBA Loan from Huntington National Bank to the SBA.

16. Hussein Obeid, as the guarantor on the SBA Loan is personally liable to the United States of America for the sum of $70,955.19, plus statutory interest and fees. *See Certificate of Indebtedness.*

17. Demand has been made upon the Defendant for payment of the indebtedness. The Defendant has neglected and refused to pay the same.

18. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

19. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully requests Judgment against Defendant Hussein Obeid, and prays for relief as follows:

a. Damages for the SBA Loan in the amount of $70,955.19 plus statutory pre-judgment interest that continues to accrue on the principal balance only from August 27, 2026 pursuant to 31 U.S.C. §3717

b. Statutory post-judgment interest pursuant to 28 U.S.C. § 1961;

c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);

d. Any additional attorney's fees and costs incurred in this action; and

e. For such other relief as the Court deems just and proper

Date: 8-27, 2026

Respectfully submitted,

By: */s/ Thomas L. Sooy, Esq.*
Thomas L. Sooy, Esq. (P80476)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6853
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov
Copies to: efiling@schuergerlaw.com